# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TORITSEJU TONWE,

    Plaintiff(s),

v.

NICHOLAS & COMPANY FOODSERVICE, INC., et al.,

    Defendant(s).

Case No. 2:25-cv-00555-APG-MDC

**Order**

    An early neutral evaluation ("ENE") is set for August 18, 2025. Docket No. 11. The parties represent that holding an ENE would be futile, Docket No. 16, so the Court declines to hold an ENE, *see* Local Rule 16-6(c) ("The evaluating magistrate judge . . . may exempt any case from early neutral evaluation on the judge's own motion"). Accordingly, the ENE is **VACATED**.

    IT IS SO ORDERED.

    Dated: August 12, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge