JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TORITSEJU TONWE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS & COMPANY FOODSERVICE INC., a Utah corporation; NICHOLAS & CO. FOODSERVICE LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00555-APG-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Toritseju Tonwe, by and through his counsel of record, Greenberg Gross LLP, and Defendants Nicholas & Company Foodservice Inc. and Nicholas & Co. Foodservice LLC, by and through their counsel of record, Michael Best & Friedrich LLP, hereby stipulate and agree as follows:

1. Defendants filed their Motion for Summary Judgment on March 2, 2026. [ECF No. 21.]

2. Plaintiff's opposition is currently due on or before March 23, 2026.

3. The parties have conferred and agree to grant Plaintiff a brief extension of five (5) days to file his opposition.

-1-
STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER DEADLINES

4. This is the first request for an extension of this deadline.

5. This stipulation is made in good faith and not for purposes of undue delay.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's deadline to file his opposition to Defendants' Motion for Summary Judgment is extended to and including **March 27, 2026**.

Dated this 23rd day of March, 2026.

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

/s/ Anne T. Freeland
ANNE T. FREELAND
Nevada Bar No. 10777
MICHAEL BEST & FRIEDRICH LLP
650 South Main Street, Suite 500
Salt Lake City, UT 84101

JOHN T. WENDLAND
Nevada Bar No. 7207
W&D LAW, LLP
861 Coronado Center Dr., Suite 231
Henderson, NV 89052
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: March 24, 2026

-2-
STIPULATION AND ORDER TO EXTEND DISCOVERY SCHEDULING ORDER
DEADLINES