Anne T. Freeland
Nevada Bar No. 10777
MICHAEL BEST & FRIEDRICH LLP
650 South Main Street, Suite 500
Salt Lake City, UT 84101
Telephone: 385.695.6450
atfreeland@michaelbest.com

John T. Wendland
Nevada Bar No. 7207
W&D LAW, LLP
8872 S. Eastern Avenue, Suite 230
Las Vegas, NV 89123
Telephone: (702) 314-1905
jwendland@wdlaw.com

*Attorneys for Defendants Nicholas & Company*
*Foodservice Inc. and Nicholas & Co. Foodservice LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TORITSEJU TONWE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS & COMPANY FOODSERVICE INC., a Utah corporation; NICHOLAS & CO. FOODSERVICE LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:25-cv-00555-APG-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY TO MOTION FOR SUMMARY JUDGEMNT**<br><br>**(FIRST REQUEST)** |

Defendants Nicholas & Company Foodservice Inc. and Nicholas & Co. Foodservice LLC, by and through their counsel of record, Michael Best & Friedrich LLP, and Plaintiff Toritseju Tonwe, by and through his counsel of record, Greenberg Gross LLP, hereby stipulate and agree as follows:

1. Defendants filed their Motion for Summary Judgment on March 2, 2026 [ECF No. 21].

2. Plaintiff filed his opposition to Defendants' Motion on March 27, 2026 [ECF No. 24].

3. Defendants' reply is currently due on April 10, 2026.

1

4. The parties have conferred and agree to grant Defendants a brief extension of seven (7) days to file a reply in support of their motion.

5. This is the first request for an extension of this deadline.

6. This stipulation is made in good faith and not for purposes of undue delay.

IT IS HEREBY STIPULATED AND AGREED that Defendants' deadline to file a reply in support of their Motion for Summary Judgment is extended to April 17, 2026.

DATED this 3rd day of April 2026.

/s/ Michael Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

Attorneys for Plaintiff

/s/ Anne T. Freeland
ANNE T. FREELAND
Nevada Bar No. 10777
MICHAEL BEST & FRIEDRICH LLP
650 South Main Street, Suite 500
Salt Lake City, UT 84101

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF U.S. DISTRICT JUDGE

DATED: April 6, 2026

2